**FILED**

03/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-22-0358

DAVID LOCKHART AND DOREEN
LOCKHART,

     Appellants/Cross-Appellees,

     vs.

WESTVIEW MOBILE HOME PARK,
LLC,

     Appellee/Cross-Appellant.

**ORDER DISMISSING CROSS-
APPEAL**

The Court, having reviewed the Appellee/Cross-Appellant's Motion to Voluntarily Dismiss Cross-Appeal, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellee/Cross-Appellant's cross-appeal is dismissed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 8 2023